# EXHIBIT D

**Subject:** OMB FOIA 2024-982 RE: FOIA Request - Knight First Amendment Institute
**Date:** Sunday, August 4, 2024 at 8:34:23 PM Eastern Daylight Time
**From:** MBX OMB FOIA
**To:** Anna Diakun

Hello:

This email acknowledges receipt of your Freedom of Information Act (FOIA) request to the Office of Management and Budget (OMB) submitted and received in this office on August 2, 2024. Your request has been logged in and is being processed. For your reference, the OMB FOIA number is 2024-982.

Thank you,
OMB's FOIA Team

---

**From:** Anna Diakun <anna.diakun@knightcolumbia.org>
**Sent:** Friday, August 2, 2024 5:16 PM
**To:** MBX OMB FOIA <MBX.OMB.FOIA@OMB.eop.gov>
**Subject:** [EXTERNAL] FOIA Request - Knight First Amendment Institute

To whom it may concern,

Please find attached a Freedom of Information Act request, for which we request expedited processing.

Best,
Anna Diakun

--
Anna Diakun
Staff Attorney
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302, New York, NY 10115
anna.diakun@knightcolumbia.org
*Pronouns: she/her/hers*