# EXHIBIT E

**Tuesday, August 18, 2026 at 12:39:05 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | 2026-237 FW: New FOIA request received for Office of Management and Budget |
| **Date:** | Wednesday, December 10, 2025 at 10:43:50 AM Eastern Standard Time |
| **From:** | MBX OMB FOIA |
| **To:** | Anna Diakun |
| **Attachments:** | FOIA Request confirmation #2634676.pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

Hello,

This email acknowledges receipt of your Freedom of Information Act (FOIA) request to the Office of Management and Budget (OMB) received in this office on December 9, 2025. Your request has been logged in and is being processed. For your reference, the OMB FOIA number is 2026-237.

Thank you,
OMB's FOIA Office

**From:** National FOIA Portal <National.FOIAPortal@usdoj.gov>
**Sent:** Tuesday, December 9, 2025 4:55 PM
**To:** MBX OMB FOIA <MBX.OMB.FOIA@OMB.eop.gov>
**Subject:** New FOIA request received for Office of Management and Budget

Hello,

A new FOIA request was submitted to your agency component:

The following list contains the entire submission submitted December 09, 2025 04:55:01pm ET, and is formatted for ease of viewing and printing.

## Contact information

| | |
|---|---|
| **First name** | Anna |
| **Last name** | Diakun |
| **Mailing Address** | 475 Riverside Drive<br>Suite 302 |
| **City** | New York |
| **State/Province** | New York |
| **Postal Code** | 10115 |
| **Country** | United States |
| **Company/Organization** | Knight First Amendment Institute at Columbia University |
| **Email** | anna.diakun@knightcolumbia.org |

## Request

| | |
|---|---|
| **Request ID** | 2631296 |
| **Confirmation ID** | 2634676 |
| **Request description** | We request all records and communications relating to OIRA's review of and decision regarding ICR Reference Number 201808-1405-009, titled "Electronic Application for Immigrant Visa and Alien Registration." The proposal was received in OIRA on August 30, 2018, and OIRA's review concluded on April 11, 2019. We ask that you disclose all segregable portions of otherwise exempt records. See 5 U.S.C. § 552(b). We also ask that you provide responsive electronic records in their native file format. See 5 U.S.C. § 552(a)(3)(B). Alternatively, please provide the records electronically in a text-searchable, static-image format (e.g., PDF), in the best image quality in the agency's possession, and in separate, Bates-stamped files. |

## Supporting documentation

## Fees

**Request**

**category ID** educational

**Fee waiver** yes

**Explanation** The Knight Institute requests a waiver of document search, review, and duplication fees on the grounds that disclosure of the requested record is in the public interest and that disclosure is "likely to contribute significantly to the public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii). Disclosure of the requested records would be in the public interest because they would help illuminate the decision to require disclosure of social media identifiers on State Department visa application forms, a requirement that the government is currently working to expand to a number of DHS forms. Moreover, disclosure would not further the Knight Institute's commercial interest. The Institute will make any information disclosed available to the public at no cost. Thus, a fee waiver would fulfill Congress's legislative intent in amending FOIA to ensure "that it be liberally construed in favor of waivers for noncommercial requesters." See Judicial Watch, Inc. v. Rossotti, 326 F.3d 1309, 1312 (D.C. Cir. 2003). The Knight First Amendment Institute at Columbia University requests a waiver of search and review fees on the grounds that it qualifies as an "educational . . . institution" whose purposes include "scholarly . . . research" and the records are not sought for commercial use. 5 U.S.C. § 552(a)(4)(A)(ii)(II). The Institute has a substantial educational mission. Situated within a prominent academic research university, the Institute performs scholarly research on the application of the First Amendment in the digital era. The Institute's research program brings together academics and practitioners of different disciplines to study contemporary First Amendment issues and offer informed, non-partisan commentary and solutions. It publishes that commentary in many forms, including in scholarly publications and in short-form essays. The Knight Institute also requests a waiver of search and review fees on the grounds that it is a "representative of the news media" within the meaning of FOIA and the records are not sought for commercial use. 5 U.S.C. § 552(a)(4)(A)(ii)(II). The Institute meets the statutory definition of a "representative of the news media" because it is an "entity that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience." 5 U.S.C. § 552(a)(4)(A)(ii); see also Nat'l Sec. Archive v. DOD, 880 F.2d 1381, 1387 (D.C. Cir. 1989) (finding that an organization that gathers information, exercises editorial discretion in selecting and organizing documents, "devises indices and finding aids," and "distributes the resulting work to the public" is a "representative of the news media" for purposes of FOIA); accord Serv. Women's Action Network v. DOD, 888 F. Supp. 2d 231 (D. Conn. 2012); ACLU of Wash. V. DOJ, No. C09-0642RSL, 2011 WL 887731, at *10 (W.D. Wash. Mar. 10, 2011); ACLU, 321 F. Supp. 2d at 30 n.5. Courts have found other non-profit organizations, whose mission of research and public education is similar to that of the Knight Institute, to be "representatives of the news media." See, e.g., Cause of Action v. IRS, No. 13-0920, 2015 WL 5120863 (D.C. Cir. Aug. 28, 2015); Elec. Privacy Info. Ctr., 241 F. Supp. 2d at 10–15 (finding non-profit group that disseminated an electronic newsletter and published books was a "representative of the news media" for purposes of the FOIA); Nat'l Sec. Archive, 880 F.2d at 1387; Judicial Watch, Inc. v. DOJ, 133 F. Supp. 2d 52, 53–54 (D.D.C. 2000) (finding Judicial Watch, self-described as a "public interest law firm," a news media requester). For these reasons, the Knight Institute is entitled to a fee waiver.

**Willing to pay** $25

---

### Expedited processing

**Expedited Processing** no

## Additional information

**attachments_supporting_documentation**

The following table contains the entire submission, and is formatted for ease of copy/pasting into a spreadsheet.

| request_id | confirmation_id | attachments_supporting_documentation | address_city | address_country | address_line1 | address_line2 | address_state_prov |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2631296 | 2634676 | | New York | United States | 475 Riverside Drive | Suite 302 | New York |