FOIA Summons IH form 4
4/17

UNITED STATES DISTRICT COURT
for the
Southern District of New York

KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY

Plaintiff

v.

OFFICE OF MANAGEMENT AND BUDGET
and OFFICE OF INFORMATION AND REGULATORY AFFAIRS

Defendant

Civil Action No. 1:26-cv-07040

# SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Office of Management and Budget
725 17th St., NW
Washington, DC 20503

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anna Diakun
Knight First Amendment Institute
at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: August 19, 2026

/S/ S. James
Signature of Clerk or Deputy Clerk

Tammi M. Hellwig

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK