AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

KNIGHT FIRST AM. INST. AT COLUMBIA UNIV.,
*Plaintiff*
v.
OFFICE OF MANAGEMENT AND BUDGET, et al.,
*Defendant*

Case No. 26 Civ. 7040 (DLC)

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants .

Date: 09/03/2026

/s/ Jessica F. Rosenbaum
*Attorney's signature*

Jessica F. Rosenbaum (JR 0524)
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

jessica.rosenbaum@usdoj.gov
*E-mail address*

(212) 637-2777
*Telephone number*

(212) 637-2786
*FAX number*