KNIGHT
FIRST AMENDMENT
INSTITUTE at
COLUMBIA UNIVERSITY

475 Riverside Drive, Suite 302
New York, NY 10115

(646) 745-8500
info@knightcolumbia.org

September 3, 2026

**BY ECF**
Hon. Denise Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Knight First Amendment Institute v. Office of Management and Budget, et al.*, No. 26-cv-7040 (DLC)**

Dear Judge Cote,

Pursuant to the Court's August 27, 2026 Notice of Pretrial Conference, please find attached as proof of service a copy of the electronic mail through which Plaintiff's counsel served a copy of the Court's Notice of Pretrial Conference and the Court's Individual Practices upon counsel for defendants.

Respectfully submitted,

/s/ Anna Diakun

Anna Diakun
Knight First Amendment Institute at
Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
Anna.Diakun@knightcolumbia.org

**Thursday, September 3, 2026 at 12:24:56 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Re: [1:26-cv-07040-DLC] Service of Notice of Pretrial Conference and Individual Practices |
| **Date:** | Thursday, September 3, 2026 at 11:09:31 AM Pacific Daylight Time |
| **From:** | Nicola Morrow |
| **To:** | jessica.rosenbaum@usdoj.gov |
| **CC:** | Anna Diakun |
| **Attachments:** | DLC Cote Civil Individual Practices 2025-02-26.pdf, Notice of Pretrial Conference.pdf |

[Resending the below email with attachments included]

Good afternoon,

I am a legal fellow at the Knight First Amendment Institute and will be serving as the lead attorney on this case. I am in the process of obtaining admission to SDNY and anticipate that I will be admitted by the end of this month. I am copying my colleague, Anna Diakun, who is also an attorney on this case.

Pursuant to the court's order, I am serving you with a copy of the court's Notice of Pretrial Conference and a copy of the court's individual practices.

The court has instructed us to confer before the October 16 pretrial conference, so I will follow up shortly with a scheduling email.

Best,

--
Nicola Morrow
Legal Fellow
Knight First Amendment Center at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
nicola.morrow@knightcolumbia.org