FOIA Summons (12/11) (Page 2)

Civil Action No. 1:26-cv-07040-DLC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Office of Management and Budget

was received by me on *(date)* 08/19/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

X Other *(specify)*:
I served the Office of Management and Budget by serving the United States (see below) and by mailing a copy of the summons and of the complaint by USPS certified mail to the Office of Management and Budget on 08/25/2026. Please see the attached USPS receipt, showing delivery address, and delivery confirmation, showing that the summons and complaint were delivered on 09/08/2026.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/15/2026

[signature]
*Server's signature*

Reed Canaan, Litigation Program Manager
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

Since the Office of Management and Budget is a government agency, I also served the United States by (1) mailing a copy of the complaint and all summonses by USPS certified mail to the Attorney General of the United States on 08/25/2026; and (2) mailing a copy of the complaint and all summonses to the civil process clerk at the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on 08/25/2026. Please see the attached USPS receipts, showing delivery addresses, and delivery confirmations, showing that the summonses and complaint were delivered on 09/01/2026 and 08/27/2026 respectively.

9589 0710 5270 0029 4968 36

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20503

OFFICIAL USE

Certified Mail Fee
$ $5.55

$0.00

Extra Services & Fees *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage
$ $4.02

Total Postage and Fees
$ $9.57

0036
69

Postmark
Here

COLUMBIA UNIVERSITY STATION
AUG 25 2026
NEW YORK, NY 10025

08/25/2026

Sent To Office of Management and Budget

Street and Apt. No., or PO Box No. 725 17th St, NW

City, State, ZIP+4® Washington, DC 20503

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Remove ✕

**Tracking Number:**

# 9589071052700029496836

Copy   Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:13 am on September 8, 2026 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20500
September 8, 2026 4:13 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

9589 0710 5270 0029 4968 05

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.55 | 0036 |
| Extra Services & Fees *(check box, add fee as appropriate)* $0.00 | 69 |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | COLUMBIA UNIVERSITY STATION NEW YORK, NY 10025 AUG 25 2026 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $4.32 | 08/25/2026 |
| Total Postage and Fees $ $9.87 | |

Sent To Attorney General, DOJ

Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW

City, State, ZIP+4® Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Remove ✕

**Tracking Number:**

## 9589071052700029496805

Copy    Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:35 am on September 1, 2026 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
September 1, 2026 4:35 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

9589 0710 5270 0029 4968 12

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10007

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.55 | 0036 |
| $0.00 | 69 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | COLUMBIA UNIVERSITY STATION AUG 25 2026 NEW YORK, NY 10025 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $4.32 | |
| Total Postage and Fees $ $9.87 | 08/25/2026 |

*Sent To* US Attorney's Office - Civil Process Clerk

*Street and Apt. No., or PO Box No.* 86 Chambers St, 3rd Floor

*City, State, ZIP+4®* New York, NY 10007

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Remove ✕

**Tracking Number:**

## 9589071052700029496812

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:25 pm on August 27, 2026 in NEW YORK, NY 10007.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10007
August 27, 2026 1:25 PM

See All Tracking History

What Do USPS Tracking Statuses Mean?