AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY
*Plaintiff*
v.
OFFICE OF MANAGEMENT AND BUDGET and OFFICE OF INFORMATION AND REGULATORY AFFAIRS
*Defendant*

Case No. 1:26-cv-07040-DLC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Knight First Amendment Institute at Columbia University .

Date: 10/06/2026

/s/ Nicola Morrow
*Attorney's signature*

Nicola Morrow, 6135578
*Printed name and bar number*

Knight First Amendment Institute at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115
*Address*

nicola.morrow@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

*FAX number*

Print | Save As... | Reset