**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 14, 2026

**By ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Knight First Amendment Institute at Columbia University v. Office of Management and Budget, et al.*, No. 26 Civ. 7040 (DLC)

Dear Judge Cote:

This Office represents Defendants Office of Management and Budget ("OMB") and Office of Information and Regulatory Affairs ("OIRA") in the above-referenced action. Plaintiff Knight First Amendment Institute at Columbia University brings suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties jointly request that the initial pretrial conference scheduled for October 16, 2026, at 2:30 PM, be adjourned *sine die* and that the parties be permitted to submit a joint status letter to the Court on November 30, 2026.

The parties request an adjournment because OMB has not yet completed its searches and the parties are working to resolve issues in this case consensually. OMB has agreed to complete its searches related to Plaintiff's three FOIA requests and share with Plaintiff the total number of potentially responsive pages by November 16, and the parties intend to then negotiate a processing schedule. The parties will update the Court as OMB's search and a processing schedule in the proposed November 30 status letter.

Because this is a FOIA action, the parties understand Local Civil Rule 16.1 to exempt this case from the mandatory scheduling order requirement contained in Federal Rule of Civil Procedure 16(b). The parties expect that this case, like most FOIA cases, will be resolved through settlement or on cross-motions for summary judgment without the need for discovery. *See Wood v. F.B.I.*, 432 F.3d 78, 84–85 (2d Cir. 2005). As a result, the parties anticipate that they can productively move this case toward resolution without the need for the Court's assistance at this stage.

Accordingly, the parties respectfully request that the Court adjourn the October 16 conference and permit them to submit a joint status letter on November 30, as they work to resolve any issues without further litigation.

We thank the Court for its consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorney
Tel.: (212) 637-2777
Email: Jessica.Rosenbaum@usdoj.gov

KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY

By: */s/ Nicola Morrow*
NICOLA MORROW
ANNA DIAKUN
Tel.: (646) 745-8500
E-mail: nicola.morrow@knightcolumbia.org